

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2013

No. 04-13-00626-CR

Robert **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR9923
Honorable Melisa Skinner, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED.

It is so **ORDERED** on November 6, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2013.

_Keith E. Hottle_
Keith E. Hottle, Clerk